IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEVEN BONILLA,<br><br>　　　　Plaintiff.<br>_____/ | Nos. C 11-3180 CW (PR)<br>　　C 11-3181 CW (PR)<br>　　C 11-3206 CW (PR)<br>　　C 11-3398 CW (PR)<br>　　C 11-3441 CW (PR)<br>　　C 11-3631 CW (PR)<br>　　C 11-4334 CW (PR)<br>　　C 11-4335 CW (PR)<br>　　C 11-4534 CW (PR)<br>　　C 11-4731 CW (PR)<br>　　C 11-4737 CW (PR)<br><br>　　JUDGMENT |

　　Pursuant to the Court's Order of today's date dismissing the above actions, a judgment of DISMISSAL WITHOUT PREJUDICE is hereby entered as to each action. 28 U.S.C. § 1915A. The Clerk of the Court shall close the files.

　　IT IS SO ORDERED.

DATED: 10/25/2011

　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEVEN W BONILLA,

        Plaintiff,

v.

DAVID LIVELY et al,

        Defendant.

Case Number: CV11-03180 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wayne Bonilla J-48500
San Quentin State Prison
San Quentin, CA 94964

Dated: October 25, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2