**United States District Court**
For the Northern District of California

1

2                              IN THE UNITED STATES DISTRICT COURT

3                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5      IN RE STEVEN BONILLA,                   Nos. C 11-3180 CW (PR)
                                                    C 11-3181 CW (PR)
6              Plaintiff.                            C 11-3206 CW (PR)
                                                    C 11-3398 CW (PR)
7      _____/             C 11-3441 CW (PR)
                                                    C 11-3631 CW (PR)
8                                                    C 11-4334 CW (PR)
                                                    C 11-4335 CW (PR)
9                                                    C 11-4534 CW (PR)
                                                    C 11-4731 CW (PR)
10                                                   C 11-4737 CW (PR)

11                                              JUDGMENT

12

13

14         Pursuant to the Court's Order of today's date dismissing the

15     above actions, a judgment of DISMISSAL WITHOUT PREJUDICE is hereby

16     entered as to each action.  28 U.S.C. § 1915A.  The Clerk of the

17     Court shall close the files.

18         IT IS SO ORDERED.

19     DATED: 10/25/2011                  _____
                                          CLAUDIA WILKEN
20                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEVEN W BONILLA,

         Plaintiff,

  v.

DAVID LIVELY et al,

         Defendant.

                                        /

Case Number: CV11-03180 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wayne Bonilla J-48500
San Quentin State Prison
San Quentin,  CA 94964

Dated: October 25, 2011

                                  Richard W. Wieking, Clerk
                                  By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California